IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **GARY HEINZ, JR.,** | 07-CV-1343-BR |
| Plaintiff, | JUDGMENT OF REMAND |
| v. | |
| **MICHAEL J. ASTRUE,**<br>**Commissioner of Social**<br>**Security,** | |
| Defendant. | |

**MERRILL SCHNEIDER**
Schneider Law Offices
14415 S.E. Stark St.
P.O. Box 16310
Portland, Oregon  97292
(503) 255-9092

      Attorneys for Plaintiff

**KARIN J. IMMERGUT**
United States Attorney
**BRITTANIA I. HOBBS**
Assistant United States Attorney
1000 S.W. Third Avenue, Suite 600
Portland, OR  97204-2902
(503) 727-1158

1  -  JUDGMENT

**DAVID MORADO**
Office of the General Counsel
**NANCY A. MISHALANIE**
Special Assistant United States Attorney
Social Security Administration
701 5th Avenue, Suite 2900 M/S 901
Seattle, WA  98104-7075
(206) 615-2545

       Attorneys for Defendant

    Based on the Court's Opinion and Order (#_25_) issued December 10, 2008, the Court hereby **REMANDS** this matter pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings consistent with the Court's Opinion and Order issued December 10, 2008.

    DATED this 10th day of December, 2008.

                                  /s/ Anna J. Brown

                                ANNA J. BROWN
                                United States District Judge